UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANILO G.F.,[1]<br>Petitioner,<br>v.<br>CALIFORNIA CITY WARDEN,<br>Respondent. | No. 1:26-cv-06194-TLN-AC<br>A# 240-278-007<br>**ORDER** |

Before the Court is Danilo G.F.'s ("Petitioner") Petition for Writ of Habeas Corpus (ECF No. 1) and Respondent's Motion to Dissolve Court's No-Transfer Order (ECF No. 6).

In light of the complexity of the legal issues involved, the Court has determined that the interests of justice require the appointment of counsel for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). Therefore, the Court APPOINTS counsel for Petitioner.

**Within seven (7) court days from the date of this Order**, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Michele Krueger, Courtroom Deputy Clerk for Chief Judge Troy Nunley, via email at

[1] The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

mkrueger@caed.uscourts.gov, who shall update the docket to reflect counsel's appointment. If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the Court hereby authorizes them to serve as CJA counsel for petitioner for the duration of the proceedings in this Court pursuant to Local Rule 180(b)(1).

**Within seven (7) court days of the Court's Order identifying appointed counsel,** counsel shall file a response to Respondent's Motion to Dissolve the Court's No-Transfer Order. (ECF No. 6.)

The Clerk of the Court shall serve a copy of the following documents on the Federal Defender, Attention: Habeas Appointment:

1. the § 2241 Petition (ECF No. 1);
2. the pending Motion to Dissolve (ECF No. 6);
3. Respondent's reply to the Petition (ECF No. 8); and
4. this Order (ECF No. 9).

IT IS SO ORDERED.

DATED: September 15, 2026

Troy L. Nunley
Chief United States District Judge