UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DANILO GONZALEZ F.,[1]

Petitioner,

v.

CALIFORNIA CITY WARDEN, et al.,

Respondents.

No. 1:26-cv-6194-TLN-AC

**ORDER**

Petitioner, an immigration detainee proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 12, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 5.) No objections were filed.

Thereafter, the Court appointed counsel and granted leave to amend the Petition. (ECF

[1] The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum Re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

No. 9.) On October 12, 2026, Petitioner, proceeding through counsel, filed a First Amended Petition for Writ of Habeas Corpus. (ECF No. 14.) Thus, the magistrate judge's findings and recommendations pertaining to the originally filed habeas petition are moot.

Accordingly, the Court declines to adopt the findings and recommendations (ECF No. 5). Further, Respondent shall file a response to the First Amended Petition (ECF No. 14) no later than October 26, 2026. If no further briefing is filed, the Court will presume Respondent rests on their record. (*See* ECF No. 8.) If Respondents file a response, Petitioner may file a reply by October 30, 2026.

IT IS SO ORDERED.

DATE: October 19, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE